## Nunn v. Buchanan, Warden.

September 27, 1949.

John Nunn pro se.

A. E. Funk, Attorney General, for appellee.

JUDGE HELM—Dismissing petition.

The petitioner, John Nunn, has filed a petition for a writ of habeas corpus, an original action in this Court.

In habeas corpus proceedings, this Court has appellate jurisdiction only. For that reason, the petition must be dismissed. See Wooten v. Buchanan, 310 Ky. 853, 222 S. W. 2d 186.